UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Advanced Engineering Solutions, Inc.,
    Plaintiff(s),

v.

Advanced Cast Stone, Inc.,
    Defendant(s).

Case No. 1:12cv67
(Consent Case ; Litkovitz, M.J.)

## ORDER

Pursuant to telephonic notification by counsel that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 5/24/13

awh    May 24, 2013

KAREN L. LITKOVITZ
United States Magistrate Judge